Opinion issued December 22, 2009










In The

Court of Appeals

For The

First District of Texas






NO. 01-09-00162-CV






LARRY LEWIS BARRETT AND THERESSA THANARS BARRETT,
Appellants


V.


WASHINGTON MUTUAL BANK, ITS SUCCESSOR AND ASSIGNS,
Appellee






On Appeal from the 400th District Court

Fort Bend County, Texas

Trial Court Cause No. 08DCV162196






MEMORANDUM OPINION Appellants Larry Lewis Barrett and Theressa Thanars Barrett have failed to
timely file a brief. See Tex. R. App. P. 38.8(a) (failure of appellant to file brief). 
After being notified that this appeal was subject to dismissal, appellants did not
adequately respond. See Tex. R. App. P. 42.3(b) (allowing involuntary dismissal of
case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Massengale.